United States Bankruptcy Court
District of Oregon

In re:  
Jonathan Samuel Gray  
    Debtor

Case No. 25-62130-tmr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0979-6      User: Admin.      Page 1 of 2  
Date Rcvd: Aug 01, 2025      Form ID: OD2      Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Samuel Gray, 4532 Park Ridge Dr, Medford, OR 97504-9141 |
| 102855404 | + | Attorneys for Scot Rosendahl, Brophy Schmor LLP, 201 West Main St, PO Box 128, Medford, OR 97501-0009 |
| 102855408 | + | Jackson County Code Enforcement, 10 S Oakdale Ave #100, Medford, OR 97501-2902 |
| 102855407 | + | NewRez Mortgage, PO Box 60535, City of Industry, CA 91716-0535 |
| 102855403 | + | Scot Rosendahl, 23300 E Evans Creek Rd, White City, OR 97503-8530 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Aug 01 2025 23:27:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Aug 02 2025 03:22:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Aug 01 2025 23:27:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Aug 01 2025 23:24:34 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| 102855406 | + | EDI: JPMORGANCHASE | Aug 02 2025 03:22:00 | Chase Bank, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 102856158 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2025 23:36:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 102855405 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 01 2025 23:27:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 25-62130-tmr13    Doc 8    Filed 08/03/25

District/off: 0979-6 User: Admin. Page 2 of 2
Date Rcvd: Aug 01, 2025 Form ID: OD2 Total Noticed: 12

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025          Signature:     /s/Gustava Winters

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

**August 1, 2025**

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*[signature: Thomas M Renn]*

**U.S. Bankruptcy Judge**

OD2 (10/1/21) krw

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **Jonathan Samuel Gray,** xxx–xx–7256
    *Other names used by debtor:*Jon Samuel Gray
Debtor(s)

Case No. **25–62130–tmr13**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

**Order of Dismissal and Administratively Closing Case Re: The debtor was barred from filing a petition in Case No. 25–61420–tmr13 (ECF No. 15).**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co–debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE.**

###

6